## BALL v BALL

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 18, 1933

Joseph L. Hilton, Canton, for plaintiff in error.

William B. Quinn, Canton, for defendant in error.

For full opinion see 40 OLR 407; 192 NE 364; 47 Oh Ap 547.

## DAILY v DAILY

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 18, 1933

Leroy J. Contie, Canton, for plaintiff in error.

T. H. Leahy, Canton, for defendant in error.

For full opinion see 40 OLR 395; 192 NE 287; 48 Oh Ap 83.